# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
Jun 18, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.

RAY ANTHONY WALLER

*Defendant(s)*

Case No. 1:25-mj-00070-SAB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 2024 - February 2025 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Sexual Exploitation of a Minor<br>Maximum Penalties: Custody 15-30 years; $250,000 fine; lifetime supervised release; $50,100 special assessments |
| 18 U.S.C. 2252(a)(2) | Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct<br>Maximum Penalties: Custody 5-20 years; $250,000 fine; lifetime supervised release; $35,100 special assessments |

This criminal complaint is based on these facts:

The attached affidavit of Homeland Security Investigations (HSI) Task Force Officer Fernando Rosario, incorporated here by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Fernando Rosario - HSI Task Force Officer
*Printed name and title*

Subscribed and sworn to before me by telephone under Fed. R. Crim. P. 41(d)(3)..

Date: **Jun 18, 2025**

*Judge's signature*

City and state: Fresno, California     Hon. Stanley A. Boone - US Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AGAINST RAY ANTHONY WALLER

I, Fernando Rosario being first duly sworn, affirm the following:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I, Fernando Rosario, am a duly qualified peace officer employed by the city of Fresno Police Department (badge# 1658). I have been employed as a full-time peace officer in the state of California for the past 12 years. Since March of 2025 I have also been employed as a Homeland Security Investigations (HSI) Task Force Officer (TFO) and am currently assigned to the Central California Internet Crimes Against Children (ICAC) Task Force. As an ICAC TFO, my duties involve investigating internet crimes involving sexual exploitation of children.

2. Prior to my assignment as an ICAC TFO, I was assigned to the Fresno Police Department Sexual Assault Unit for one year and the Southwest Special Response Team (SRT) for two years. During those times, I worked on various types of sexual assault crimes such as rape, oral copulation, sodomy, and others. As an SRT member I also investigated cases involving, gangs, drugs, robbery, human trafficking and other crimes. Before those assignments, I served with the Fresno Police Department's Southwest Policing District Patrol Division for one year, during which I worked on crimes such as domestic violence calls and assaults, thefts and other calls for service.

3. Prior to my employment with the Fresno Police Department, I was employed as a peace officer for one year as deputy sheriff assigned to the courts for the Fresno County Sheriff's Office. I also spent two years as a Level 1 Reserve Police Officer for the Mendota Police Department.

4. In addition to the above work experience, I have attended and successfully completed a Police Officer Standards and Training (P.O.S.T.) certified Police Academy. Further, I have attended a 40-hour Institute of Criminal Investigations (ICI) Introduction to Internet Investigations Class; Sexual Assault Investigations Class; 16-hour ICAC Investigations of CyberTips Class; eight-hour California Narcotics Officers Association Chasing Cellphones Course; and eight-hour instruction on Search Warrant Entry.

5. As an ICAC TFO with HSI, I have received training in the investigation and prosecution of violations of various federal laws, including those related to the sexual exploitation of children. I

have received specialized training related to crimes against children. I have interviewed multiple victims and witnesses for investigations involving the sexual exploitation of children; the receipt, distribution, and possession of material depicting minors engaged in sexually explicit conduct; and other crimes against children. I also have observed and reviewed thousands of examples of material depicting minors engaged in sexually explicit conduct (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

6. This affidavit is intended to show that there is sufficient probable cause for a criminal complaint against Ray Anthony **WALLER** for violating the following federal statutes: 18 U.S.C. § 2251(a) Sexual Exploitation of a Minor and 18 U.S.C. § 2252(a)(2) Receipt of an Image of a Minor Engaged in Sexually Explicit Conduct. The information contained in this affidavit is based upon my personal observations, my training and experience, and where noted, information related to me by other law enforcement officers and/or agents.

II. **THERE IS EVIDENCE ESTABLISHING PROBABLE CAUSE THAT WALLER COMMITTED THE OFFENSES OF SEXUAL EXPLOITATION OF A MINOR AND RECEIPT OF AN IMAGE OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT.**

7. The Central California ICAC began investigating **WALLER** on approximately February 20, 2025, after the Fresno Police Department received a report that a minor female (MV-1) was exchanging electronic sexually-explicit communications with **WALLER** who was one of her high school teachers at Bullard High School. The report indicated that there had also been illegal sexual activities between MV-1 and **WALLER**. On February 20, 2025, investigators met with MV-1 at MV-1's house. MV-1 spoke with investigators, and as set forth in more detail below, identified **WALLER** as her photography teacher at Bullard High School (located in Fresno, California) who had engaged in a sexual relationship with her, sent her sexually explicit messages and sexually explicit images from his cellular telephones and e-mail account and solicited sexually explicit images from her. MV-1 advised that **WALLER** had communicated with her by text messages from 559-313-0349 and iMessaged her phone from email account Derickgreen95s@gmail.com.

8. MV-1 stated **WALLER** was in his first year of teaching at Bullard High School, and that he had previously taught at Fresno City College. **WALLER** was a photography teacher and initially began to check in on MV-1 to make sure she was okay. On November 1, 2024, MV-1 had gotten a permission slip, signed by her father, to go on a field trip to a football game at Bullard High School with another student and **WALLER**. **WALLER** was going to take photographs of the game. After the game, **WALLER** drove the male student to the male student's residence before he drove MV-1 back to the school where he needed to return a Fresno Unified school vehicle. MV-1 sat behind **WALLER** as he was in the driver's seat when he asked MV-1 if he could stroke her hair. **WALLER** then touched MV-1's face, hair, shoulders, and her back.

9. MV-1 stated that **WALLER** must have noticed her cell phone number on the permission slip and used it to begin sending text messages to her. MV-1 felt as if **WALLER's** actions were something that he had done before. MV-1 said she deleted the text messages from November 1 and November 2, 2024. But MV-1 kept the text messages from November 3, 2024, until **WALLER's** last text message on February 15, 2025. **WALLER** and MV-1 began to communicate sexually in approximately the second week of November 2024. MV-1 stated **WALLER** would text her from 559-313-0349 and then began to iMessage her phone from email account Derickgreen95s@gmail.com. MV-1 stated they exchanged messages on Instagram, but **WALLER** had told her to make sure that they did not say anything "bad" on Instagram. MV-1 stated, "I don't know, he's done this so many times that he just, he's a serial pedophile and feels so comfortable doing it to where he didn't really care everything that he was saying to me or he just, I don't know, he trusted me or . . . something. You know, this guy just slipped up after a while..." MV-1 had all of the text messages from both the phone number 559-313-0349 and the email account Derickgreen95s@gmail.com on her phone. MV-1 informed me that **WALLER** had a "burner phone" that was a light blue Samsung looking phone. **WALLER** had a black iPhone that he would use to send text messages to MV-1.

10. I reviewed MV-1's cell phone on February 20, 2025, and observed a text message thread between MV-1 and a person later confirmed to be **WALLER.** MV-1 had been using an iPhone, and I know from my training and experience that no iPhones are manufactured in the state of California. Many of the messages I observed were sexual in nature and depicted nude images that MV-1 had sent to

3

1  **WALLER** exposing her bare breasts, anus, and vagina. **WALLER** had also sent MV-1 multiple images
2  which MV-1 identified as being **WALLER** when nude and exposing his erect penis.

3    11. In some of the text messages from 559-313-0349 **WALLER** stated he wished could have
4  hugged MV-1 from the first or second day he met her. **WALLER** continued by saying that he wished he
5  could hug MV-1's scars away. Throughout the text thread, **WALLER** commented that he was looking
6  at MV-1 inappropriately, including looking up her skirt when she sat down in class while he was
7  teaching. **WALLER** stated that he could see that MV-1 wore bikini underwear or a thong. **WALLER**
8  also implied that he had an erection while in the classroom.

9    12. **WALLER**'s text messages from 559-313-0349 expressed his fantasies about MV-1. One
10 of his fantasies was that MV-1 would sit on his lap while wearing a skirt at school when no one was
11 around. **WALLER** told MV-1 that he wanted her to sit on his lap while facing him. **WALLER** told
12 MV-1 she would be able to feel his erection while seated on his lap.

13   13. While **WALLER** and MV-1 were exchanging sexually-themed text messages, they also
14 sent each other audio messages.  MV-1 directed investigators to the text thread on her phone which
15 contained audio recordings from **WALLER** (sent from 559-313-0349).  In one of the recorded messages
16 **WALLER** told MV-1 that he was masturbating. **WALLER** also told MV-1 that he fantasized about
17 taking her into the sound booth at Bullard High School and having a place where no one could see her.
18 **WALLER** would then "finger" MV-1 until she was "moaning" and "screaming."

19   14. **WALLER** sent text messages about "eating" MV-1 out and how he wished she would
20 wrap her legs around him. MV-1 and **WALLER** continued to send text and audio messages to one
21 another on dates between approximately mid-November 2024 and the end of January 2025.

22   15. The following are some of the significant text messages relevant to this investigation that
23 suggest that specific sexual acts were discussed and/or occurred:

24  <u>12/25/24 at 1617 hours, **WALLER** texts MV-1:</u>
25  "I thought of we could secretly meet somewhere:
26  <u>12/30/24 at 2005 hours, **WALLER** texts MV-1:</u>
27  "It's not rape if you're smiling and cumming from multiple simultaneous orgasms"
28  <u>12/30/24 at 2009 hours, **WALLER** texts MV-1:</u>

1   "Every time I finger you I want it to be my dick instead"

2   <u>12/30/24 at 2009 hours, **WALLER** texts MV-1:</u>

3   "oooooh but I loved eating you out"

4   <u>12/30/24 at 2027 hours, **WALLER** texts MV-1:</u>

5   "I can spank it so hard that I leave your butt bright red"

6   <u>1/1/25 at 1356 hours, **WALLER** texts MV-1:</u>

7   "I just want to pound your pussy over and over until we both can't stand."

8   <u>1/13/25 at 1059 hours, **WALLER** texts MV-1:</u>

9   "I love hearing you moan. And I hate I have to make you be quiet at school"

10  <u>2/2/25 at 2007 hours, **WALLER** texts MV-1:</u>

11  "I wanna have sex with you rn"

12  <u>2/2/25 at 2047 hours, **WALLER** texts MV-1:</u>

13  "I'm trying to make sure I don't try to rape you tomorrow"

14  <u>2/5/25 at 1821 hours, **WALLER** texts MV-1:</u>

15  "Btw now you know part of what rough sex feels like."

16  <u>2/8/25 at 0631 hours, MV-1 texts **WALLER**:</u>

17  "I don't wanna be mean to you but your psychology hurting me and I think I just want you to be

18  my teacher for now and let myself get use to that"

19  16.    MV-1 stated that beginning in the middle of November of 2024 **WALLER** would

20  gesture to MV-1 to come to his photography studio located on the Bullard High School campus. MV-1

21  would stay at the studio every day after school until about 5:30 pm if **WALLER** did not have a meeting

22  or if no other people were present. MV-1 stated **WALLER** would engage in the following activities

23  with MV-1 while in the photography studio on campus:

24      a)  "Fingering" (**WALLER** placing one or more fingers directly on MV-1's "private area");

25      b)  Hugging;

26      c)  MV-1 sitting on **WALLER**'s lap;

27      d)  Talking;

28      e)  "Making out";

  f) **WALLER** ripping MV-1's shirt down and kissing her breasts;

  g) **WALLER** would take MV-1's hand and place it on his "private area";

  h) MV-1 stated that on December 9th, 2024, while she and **Waller** were in the photography studio on campus, **WALLER** sat in a chair where the classroom doorway and the studio room met and exposed his penis to MV-1. MV-1 stated **WALLER's** penis was erect. MV-1 explained that **WALLER** has a "pretty large penis", so she was only able to fit the tip of **WALLER's** penis in her mouth. MV-1 stated there was no condom on **WALLER's** penis.

  i) On an unknown date, MV-1 stated **WALLER** sat on her while she laid on the ground and smacked her "private" area multiple times.

MV-1 stated there were approximately two or three times that she and **WALLER** attempted to have vaginal or anal intercourse. They were unable to do this due to **WALLER's** penis size. MV-1 stated the last time they attempted to engage in intercourse, **WALLER** left bruises on her body. MV-1 did not go into detail of where the bruises were located and how she obtained them. She stated that after this experience, she wanted to cut off communication with **WALLER**, because this action made her sad. On February 5th, 2025, MV-1 stated that when she told **WALLER** his actions made her sad, **WALLER** told her "I am happy you're sad, because it helps resist my sexual urges." MV-1 stated she did not talk to **WALLER** again until February 14th, 2025.

  17. On February 14th, 2025, **WALLER** sent MV-1 a text GIF that stated, "Happy Valentines Day". **WALLER** also gave MV-1 a pair of his boxer shorts and a gift bag. MV-1 sent **WALLER** a final text message on February 15, 2025, which stated, "That's why I choose to love myself and my life now."

  18. On February 20th, 2025, the Honorable Judge James A. Kelley Jr. issued a state search warrant for locations at 4151 E Fairfax Ave, Fresno California and 5445 N Palm Ave Fresno California, associated vehicles, and the person of **WALLER**. On February 20th, 2025, at approximately 6:00 pm Fresno Police, HSI Fresno and the Central California ICAC Taskforce executed the search warrants at 4151 E Fairfax Ave, Fresno California and 5445 N Palm Ave Fresno California. The search warrants were executed simultaneously. During the service of the warrant at 4151 E Fairfax Ave. **WALLER's** mother arrived, and we explained to her that we had a warrant for the residence and that her son had

6

been arrested.

19. During the service of the warrant at 4151 E Fairfax Ave, **WALLER's** bedroom was located and items with his name on them were located inside the room. **WALLER's** mother also confirmed which room was **WALLER's** bedroom. Multiple electronic devices were located in **WALLER**'s bedroom and in a living room. These items included cellphones, memory cards, hard drives, cameras, USB devices, laptop computers, and an iPad. **WALLER's** mother was asked if any of the electronics located in the living room were hers, and she said the items all belonged to **WALLER**.

20. After the execution of the warrant, I along with Detectives Tamayo, Castano, and Andrade all met with Detectives Flores and Kinney at Fresno Police Department Headquarters. Detective Kinney turned over all items that had been seized at the school including **WALLER's** main cellphone (which was an iPhone assigned number 559-313-0349) and what were believed to be two other "burner phones" belonging to **WALLER**. I know from my training and experience that many people use a "burner" phone to engage in illegal activities such as communicating with minors or sending harmful matter to a minor. These "burner" phones typically have alias usernames and code names for the people they communicate with.

21. All items that were powered on and which had biometrics capability were taken to Fresno Intake. I went to the holding cell where **WALLER** was being detained and introduced myself. I explained to **WALLER** that I had a search warrant that permitted use of biometrics for his electronic devices. As I was beginning to explain what biometrics were, he said that he knew what I was talking about. I put his main cellphone (which was assigned number 559-313-0349) close to his face, and he immediately said that biometrics of his face would not work, and he would have to enter his password. **WALLER** then began to put in his password. I explained to **WALLER** that although we had a warrant that authorized use of biometrics, we could not force him to provide us with his password. At that point he responded that he just wanted to cooperate, and he advised us of his cell phone password. Investigators then located several of the messages on that iPhone which had also been seen on MV-1's cell phone.

22. I then handed the unlocked phone (which was assigned number 559-313-0349) to Detective Tamayo. **WALLER** then provided passwords to the rest of the devices that had been seized during

7

service of the search warrants. All items seized at the school and residence of **WALLER** were then taken to the ICAC forensics laboratory for analysis. Data was extracted from devices and extractions were turned over to Detectives Flores and Kinney for review. When Detective Kinney reviewed **WALLER**'s iPhone (which was assigned number 559-313-0349) he discovered text messages and iMessages that had been sent to MV-1's cellular phone that had also been found on MV-1's phone. For example, on November 3, 2024, **WALLER** discussed his fantasy that MV-1 would sit on his lap at school when no one else was present. She would be able to feel his erection while seated on his lap. On the same date, there was an audio message on **WALLER**'s phone (559-313-0349) in which he communicated a fantasy that he would take MV-1 into the sound booth at Bullard High School and "finger" her until she moaned and screamed.

23.   When investigators reviewed the electronic devices that had been seized from **WALLER**, they confirmed that **WALLER** had solicited MV-1 to send him images and videos of herself engaged in sexually explicit conduct. Among other times, on December 26, 2024, and February 4, 2025, MV-1 sent to **WALLER** images or videos of herself fully nude while exposing her vagina or her buttocks.

24.   Waller sent MV-1 approximately 56 lewd images that depicted his chest, face, and/or his penis.

25.   Based on a full review of all chats between **WALLER** and MV-1 over communications on MV-1's cell phone and **WALLER's** cell phone, including instant messages sent from the Derickgreen95s@gmail.com account, there were numerous instances of **WALLER** soliciting MV-1 to create and transmit images of herself engaged in sexually explicit conduct. At times, **WALLER** encouraged MV-1 to engage in sexually explicit conduct in person. **WALLER** successfully had MV-1 create numerous images of her vagina and bare chest and images of MV1 engaged in sexual acts. MV-1 sent to **WALLER** images or videos of herself engaged in sexually explicit conduct or poses including the following:

- On December 26, 2024, at 12:39:29 PM (UTC+0) MV-1 sent **WALLER** an image that depicts her fully nude while exposing her vagina. The focus of the image is her vaginal area.
- On February 4, 2025, at 05:08:41 AM (UTC +0) MV-1 sent **WALLER** an image depicting her buttocks fully nude. Her anus and vagina are visible in the image.

8

In addition, throughout the hundreds of chats with MV-1, **WALLER** enticed MV-1 on numerous occasions to engage in sexual chats. **WALLER** also spoke on numerous occasions of what he wanted to do sexually with MV-1.

26. Investigators observed numerous "selfie" style images and videos located in the messages from phone number 559-313-0349 and email account Derickgreen95s@gmail.com, and these observations provided additional confirmation of MV-1's statements that **WALLER** had engaged in sexually explicit communications with MV-1 and that he had solicited sexually explicit images of MV-1.

27. A review of a Galaxy Note 8 revealed that it had been used as a "burner" phone. **WALLER** had messaged at least two unknown females on Discord. Discord is a platform that permits direct messaging between users, group chats, and/or posting or other sharing of audio and visual content. The females that **WALLER** had contacted appeared to be young females, perhaps still teenagers. Some of the text messages were sexual in nature, and **WALLER** sent pictures of his penis to these females. Law enforcement is in the process of attempting to identify the females.

### III. CONCLUSION

28. On the basis of my ongoing investigation, parts of which are summarized in this affidavit, I believe there is probable cause to conclude that Ray Anthony **WALLER** has committed violations of 18 U.S.C. § 2251(a) for Sexual Exploitation of a Minor and 18 U.S.C. § 2252(a)(2) Receipt of an Image of a Minor Engaged in Sexually Explicit Conduct. Because this affidavit is written solely for the purpose of establishing probable cause for the issuance of a criminal complaint, not every fact related to this investigation has been included. I declare under penalty of perjury under the laws of the United States that the information in this affidavit is true and correct.

Respectfully submitted,

_____
Fernando Rosario
Task Force Officer
Homeland Security Investigations

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), on **Jun 18, 2025**

_____
Honorable Stanley A. Boone
United States Magistrate Judge

Reviewed and approved as to form:

/s/ David Gappa
David Gappa
Assistant U.S. Attorney